**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RONDARIUS L. WILLIAMSON** | ] | |
| | ] | |
| **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **No. 3:16-CV-00075** |
| | ] | **JUDGE CAMPBELL** |
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **Respondent.** | ] | |

## NOTICE REGARDING RELATED CASES

The Petitioner respectfully files this notice to advise the Court of two related case currently pending before Judge Trauger that raise issues similar to the ones raised in his successive or second § 2255 petition. The cases are *Keairus Wilson v. United States*, 3:18-CV-735, and *Montez Hall v. United States*, 3:15-CV-00310. Because both cases arise out of the same underlying criminal case and raise the same arguments for relief as are raised in this post-conviction case, the Court may wish to consolidate both cases in front of the same Judge, to promote judicial efficiency. The Petitioner takes no position on which Judge the cases should be consolidated in front of, if the Court ultimately elects to consolidate.

Respectfully submitted,

___s/ **Jodie A. Bell**_____________

JODIE A. BELL, Bar No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
jodie@attorneyjodiebell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

Robert Levine
U.S. Attorney's Office
Middle District of Tennessee
Suite A-961, 110 Ninth Avenue South
Nashville, Tennessee 37203

This the 30th day of July 2020.

/s/ Jodie A. Bell
JODIE A. BELL